In the Matter of the Arbitration between NEWS PROJECTION CORPORATION and TRANS-LUX DAYLIGHT PICTURE SCREEN CORPORATION, under Agreement Dated April 21, 1931, and Stipulation Dated April 21, 1932.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs.  Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

AMERICAN CAR AND FOUNDRY COMPANY v. PROGRESSIVE ENGINEERING CORPORATION, Impleaded with COLUMBIA CASUALTY COMPANY.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

SURPRISE BUILDING COMPANY v. MAX ROSENBLATT.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of FRED PIANI for an Order of Mandamus against JOHN J. DIETZ, as Commissioner of Water Supply, Gas and Electricity of the City of New York.— Motion for reargument denied, with ten dollars costs. Present — Finch, P. J., Martin, Townley, Glennon and Untermyer, JJ.

DAVID FRIEZE v. PHILIP ROSENTHAL and Another.— Motion for reargument denied, with ten dollars costs.  Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

In the Matter of Proving the Last Will and Testament of MARIA BETZ, Deceased, as a Will of Real and Personal Property.  HERMAN A. HEYDT — LOUISE WENZ and Another — WILLIAM METZ — NOAH L. BRAUNSTEIN, Special Guardian of Unknown Persons and Persons Whose Whereabouts Are Unknown.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs.  Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

IRVING TRUST COMPANY, as Trustee, v. NICHOLAS CHRISTATOS and Others, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs.  Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

GEORGE PETKINIC v. MARC EIDLITZ & SON, INC., and EDWARD J. McGRATTY and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs.  Motion for a stay granted until the granting or final refusal by the Court of Appeals of leave to appeal, upon defendant, appellant's filing the undertakings required by sections 593 and 594 of the Civil Practice Act.  Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application for Compulsory Accounting in the Estate of ELIZABETH KENT, Deceased.  JOHN S. WILEY, Administrator c. t. a.— ROBERT RICHARD ROSS.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs.  Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

THE LION AUTO SUPPLY COMPANY, INC., v. THE TEXAS COMPANY.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs.  Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

MARGARET L. DONAHUE, as Committee of the Estate of PETER J. DONAHUE, Incompetent, v. HELEN R. MALONEY.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs.  Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.